```
1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:08-CV-02662-GEB-JFM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **EXTENDING THE UNITED STATES'** |
| v. ) | **TIME TO FILE A COMPLAINT FOR** |
| ) | **FORFEITURE AND/OR TO OBTAIN** |
| APPROXIMATELY $44,324.54 IN U.S. ) | **AN INDICTMENT ALLEGING** |
| CURRENCY SEIZED FROM WELLS FARGO ) | **FORFEITURE** |
| BANK BUSINESS CHECKING ACCOUNT ) | |
| #XXXX167498, HELD IN THE NAME OF ) | |
| ABDUL HIRANI DBA BIG D LIQUOR, ) | |
| ) | |
| APPROXIMATELY $6,346.51 IN U.S. ) | |
| CURRENCY SEIZED FROM WELLS FARGO ) | |
| BANK BUSINESS CHECKING ACCOUNT ) | |
| #XXXX326144, HELD IN THE NAME OF ) | |
| HIRANI VALLEY INVEST LLC DBA ) | |
| HOWARD JOHNSON EXPRESS INN, ) | |
| ) | |
| APPROXIMATELY $3,716.60 IN U.S. ) | |
| CURRENCY SEIZED FROM WELLS FARGO ) | |
| BANK PERSONAL CHECKING ACCOUNT ) | |
| #XXXX823521, HELD IN THE NAMES OF ) | |
| ABDUL HIRANI AND SONIYA HIRANI, ) | |
| ) | |
| APPROXIMATELY $27,766.36 IN U.S. ) | |
| CURRENCY SEIZED FROM WELLS FARGO ) | |
| BANK BUSINESS CHECKING ACCOUNT ) | |
| #XXXX166904, HELD IN THE NAME OF ) | |
| ABDUL HIRANI DBA GIFTS AND SMOKES ) | |
| 4 LESS, AND ) | |
| ) | |
| APPROXIMATELY $22,541.19 IN U.S. ) | |
| CURRENCY SEIZED FROM WELLS FARGO ) | |
| BANK BUSINESS CHECKING ACCOUNT ) | |

| | |
|---|---|
| 1 | #XXXX151791, HELD IN THE NAME OF ) |
| | ABDUL HIRANI DBA GIFTS AND SMOKES ) |
| 2 | 4 LESS, ) |
| | ) |
| 3 | Defendants. ) |
| 4 | _____ ) |

It is hereby stipulated by and between the United States of America and potential claimants Soniya Hirani, Zulfikar Hirani, Sofia Hirani, and Abdul Hirani, on behalf of themselves and Big D Liquor, Hirani Valley Invest LLC dba Howard Johnson Express Inn, and Gifts and Smokes 4 Less (hereafter collectively the "potential claimants"), by and through their counsel, as follows:

1. On or about August 11, 2008, Abdul Hirani and Soniya Hirani filed claims, in the administrative forfeiture proceedings, with the Internal Revenue Service, Criminal Investigation ("IRS") with respect to the Approximately $44,324.54 in U.S. Currency seized from Wells Fargo Bank business checking account #XXXX167498, held in the name of Abdul Hirani dba Big D Liquor; the Approximately $6,346.51 in U.S. Currency seized from Wells Fargo Bank business checking account #XXXX326144, held in the name of Hirani Valley Invest LLC dba Howard Johnson Express Inn; the Approximately $3,716.60 in U.S. Currency seized from Wells Fargo Bank personal checking account #XXXX823521, held in the names of Abdul Hirani and Soniya Hirani; the Approximately $27,766.36 in U.S. Currency seized from Wells Fargo Bank business checking account #XXXX166904, held in the name of Abdul Hirani dba Gifts and Smokes 4 Less; and the Approximately $22,541.19 in U.S. Currency seized from Wells Fargo Bank business checking account #XXXX151791, held in the name of Abdul Hirani dba Gifts and Smokes 4 Less (hereafter the "defendant funds"). On or about August 13, 2008,

1  Zulfikar Hirani and Sofia Hirani filed claims, in the
2  administrative forfeiture proceedings, with the IRS with respect to
3  the Approximately $44,324.54 in U.S. Currency seized from Wells
4  Fargo Bank business checking account #XXXX167498, held in the name
5  of Abdul Hirani dba Big D Liquor, and the Approximately $6,346.51
6  in U.S. Currency seized from Wells Fargo Bank business checking
7  account #XXXX326144, held in the name of Hirani Valley Invest LLC
8  dba Howard Johnson Express Inn.
9       2.   The IRS has sent the written notice of intent to forfeit
10 required by 18 U.S.C. § 983(a)(1)(A) to all known interested
11 parties.  The time has expired for any person to file a claim to
12 the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no
13 person other than the potential claimants has filed a claim to the
14 defendant funds as required by law in the administrative forfeiture
15 proceeding.
16      3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
17 required to file a complaint for forfeiture against the defendant
18 funds and/or to obtain an indictment alleging that the defendant
19 funds are subject to forfeiture within 90 days after a claim has
20 been filed in the administrative forfeiture proceedings, unless the
21 court extends the deadline for good cause shown or by agreement of
22 the parties.  That deadline is November 7, 2008.
23      4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
24 by agreement to extend to November 24, 2008, the date by which the
25 United States is required to file a civil complaint for forfeiture
26 against the defendant funds and/or to obtain an indictment alleging
27 that the defendant funds are subject to forfeiture.  The parties
28

request this additional time while they finalize a pre-filing settlement of this matter.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 24, 2008.

DATED: 11/5/08                    McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Courtney J. Linn
                                  COURTNEY J. LINN
                                  Assistant U.S. Attorney


DATED: 11-5-08                    /s/ Donald H. Heller
                                  DONALD H. HELLER
                                  Attorney for Potential Claimants

                                  (Original signature retained by attorney)

**IT IS SO ORDERED.**

Dated:  November 7, 2008

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

4